## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

|  |  |  |
|---|---|---|
| Kelly L. Stephens<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: March 11, 2024

Mr. Richard W. Nagel
Office of the Clerk
85 Marconi Boulevard
Suite 121
Columbus, OH 43215

Re: Case No. 23-3512, *Empl Ret Sys of St. Louis, et al v. Charles Jones, et al*
Originating Case No. : 2:20-cv-04813

Dear Mr. Nagel,

Enclosed is a copy of the mandate filed in this case.

Sincerely yours,

s/Mackenzie A. Collett
For Leon Korotko

cc: Mr. Jeffrey S. Abraham
Mr. David L. Axelrod
Ms. Molly Judith Bowen
Mr. John C. Camillus
Mr. Ralph Edward Cascarilla
Mr. Thomas Curry
Ms. Alexandra Victoria Dattilo
Ms. Lisa S. DelGrosso
Ms. Marjorie P. Duffy
Mr. Jeremy Dunnaback
Mr. John C. Fairweather
Mr. John Arnold Favret III
Ms. Susan Reagan Gittes
Mr. John Gleeson

Ms. Rachael L. Israel
Mr. Timothy D. Katsiff
Mr. Michael B. Kimberly
Mr. Michael Jason Klein
Ms. Marcella L. Lape
Mr. Wilbert Benjamin Markovits
Mr. John F. McCaffrey
Ms. Elanor A. Mulhern
Ms. Maeve O'Connor
Ms. Carole S. Rendon
Mr. Geoffrey John Ritts
Mr. Douglas Lloyd Shively
Mr. Jeroen Van Kwawegen
Mr. Daniel R. Warren

Enclosure

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

_____

No: 23-3512

_____

Filed: March 11, 2024

EMPLOYEES RETIREMENT SYSTEM OF THE CITY OF ST. LOUIS, Derivatively on behalf of FirstEnergy Corp.; ELECTRICAL WORKERS PENSION FUND, LOCAL 103, I.B.E.W., Co-Lead Plaintiff - Case No. 2:20-cv-5128; MASSACHUSETTS LABORERS PENSION FUND, Derivatively on Behalf of FirstEnergy Corp. Case No. 2:20-cv-5237; CITY OF PHILADELPHIA BOARD OF PENSIONS AND RETIREMENT; ROBERTA BLOOM; JOAN RANDELL; ARLENE POGOLOWITZ; JAMES ATHERTON

      Plaintiffs - Appellees

TODD AUGENBAUM

      Objector - Appellant

v.

CHARLES E. JONES; MICHAEL J. ANDERSON; STEVEN J. DEMETRIOU; JULIA L. JOHNSON; DONALD T. MISHEFF; THOMAS N. MITCHELL; JAMES F. O'NEIL, III; CHRISTOPHER D. PAPPAS; SANDRA PIANALTO; LUIS A. REYES; LESLIE M. TURNER; PAUL T. ADDISON; JERRY SUE THORNTON; WILLIAM T. COTTLE; GEORGE M. SMART; JUSTIN BILTZ; MICHAEL DOWLING; JAMES F. PEARSON; STEVEN E. STRAH; K. JON TAYLOR; ROBERT P. REFFNER; EBONY YEBOAH-AMANKWAH; FIRSTENERGY CORPORATION; JOHN DOES, 1-50

      Defendants - Appellees

## MANDATE

Pursuant to the court's disposition that was filed 02/16/2024 the mandate for this case hereby issues today.

COSTS: None